<pre>
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
</pre>

| | | |
|---|---|---|
| ANTHONY X DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| BUILDERS DISCOUNT CENTER OF ROCKY MOUNT, INC., | ) | 5:23-CV-652-BO-KS |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment [DE 20] is GRANTED.

This case is closed.

**This judgment filed and entered on May 20, 2025, and served on:**
Ralph T. Bryant, Jr. (via CM/ECF Notice of Electronic Filing)
Haseeb S. Fatmi (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

May 20, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk